# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 12/05/2018 |
| Case: 1−18−44971−cec | Form ID: 318DI7 | Total: 32 |

**Recipients of Notice of Electronic Filing:**
tr　　Alan Nisselson　　anisselson@windelsmarx.com
aty　　Kevin Zazzera　　kzazz007@yahoo.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　　Jerome F Parrino　　　483 Sleight Ave　　　Staten Island, NY 10307−1942
smg　　　NYS Department of Taxation & Finance　　　Bankruptcy Unit　　　PO Box 5300　　　Albany, NY 12205
smg　　　NYC Department of Finance　　　345 Adams Street　　　Office of Legal Affairs　　　Brooklyn, NY 11201−3719
smg　　　NYS Unemployment Insurance　　　Attn: Insolvency Unit　　　Bldg. #12, Room 256　　　Albany, NY 12240
smg　　　Office of the United States Trustee　　　Eastern District of NY (Brooklyn Office)　　　U.S. Federal Office Building　　　201 Varick Street, Suite 1006　　　New York, NY 10014
9344939　　Amex　　　Correspondence/Bankruptcy　　　PO Box 981540　　　El Paso, TX 79998−1540
9344940　　Amex　　　PO Box 297871　　　Fort Lauderdale, FL 33329−7871
9344941　　Amex Dsnb　　　9111 Duke Blvd　　　Mason, OH 45040−8999
9344942　　Amex/Bankruptcy　　　Correspondence　　　PO Box 981540　　　El Paso, TX 79998−1540
9344943　　Bank of America　　　Attn: Bankruptcy　　　PO Box 982238　　　El Paso, TX 79998−2238
9344944　　Bankamerica　　　PO Box 982238　　　El Paso, TX 79998−2238
9344946　　Barclays Bank Delaware　　　Attn: Correspondence　　　PO Box 8801　　　Wilmington, DE 19899−8801
9344945　　Barclays Bank Delaware　　　PO Box 8803　　　Wilmington, DE 19899−8803
9344947　　Capital One　　　Attn: Bankruptcy　　　PO Box 30285　　　Salt Lake City, UT 84130−0285
9344948　　Capital One　　　PO Box 30253　　　Salt Lake City, UT 84130−0253
9344949　　Chase Card　　　PO Box 15298　　　Wilmington, DE 19850−5298
9344950　　Chase Card Services　　　Correspondence Dept　　　PO Box 15298　　　Wilmington, DE 19850−5298
9344951　　Chrysler Capital　　　PO Box 961275　　　Fort Worth, TX 76161−0275
9344952　　Chrysler Cappital　　　PO Box 660647　　　Dallas, TX 75266−0647
9344953　　Citi　　　PO Box 6241　　　Sioux Falls, SD 57117−6241
9344954　　Citibank/Sears　　　Centralized Bankruptcy　　　PO Box 790034　　　Saint Louis, MO 63179−0034
9344955　　Discover Fin Svcs LLC　　　PO Box 15316　　　Wilmington, DE 19850−5316
9344956　　Discover Financial　　　PO Box 3025　　　New Albany, OH 43054−3025
9344957　　Kohls/Capital One　　　Kohls Credit　　　PO Box 3120　　　Milwaukee, WI 53201−3120
9344958　　Kohls/capone　　　N56 W 17000 Ridgewood Dr　　　Menomonee Falls, WI 53051
9344959　　Santander Consumer USA　　　5201 Rufe Snow Dr Ste 400　　　North Richland Hills, TX 76180−6036
9344960　　Sears/Cbna　　　PO Box 6283　　　Sioux Falls, SD 57117−6283
9344962　　Sofi Lending Corp　　　375 Healdsburg Ave Ste 2　　　Healdsburg, CA 95448−4150
9344961　　Sofi Lending Corp　　　Attn: Bankruptcy　　　375 Healdsburg Ave Ste 280　　　Healdsburg, CA 95448−4151
9344963　　Td Bank USA/Targetcred　　　PO Box 673　　　Minneapolis, MN 55440−0673

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 30